**CSD 1801** [12/01/16]
Name, Address, Telephone No. & I.D. No.
Ajay Gupta (SBN 242132)
Chris Evans (SBN 293785)
Gupta, Evans and Associates, PC
1620 5th Avenue, Suite 650
San Diego, CA 92101
Phone: (619) 866-3444

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Michael J. Pratt

BANKRUPTCY NO. **19-00271-LT13**

Debtor.

## DECLARATION RE: ELECTRONIC FILING OF
## PETITION, SCHEDULES & STATEMENTS

PART I - DECLARATION OF PETITIONER

I [We]  Michael J. Pratt                    and                                                     ,
the debtor(s), *hereby declare under penalty of perjury* that the information I have given my attorney and the information
provided in the electronically filed petition, statements, and schedules is true and correct. I consent to my attorney sending
my petition, this declaration, statements and schedules to the United States Bankruptcy Court. I understand that this
**Declaration Re: Electronic Filing** is to be filed with the Clerk once all schedules have been filed electronically but, in no
event, no later than **14** days following the date the petition was electronically filed. I understand that failure to file the
signed original of this **Declaration** will cause my case to be dismissed pursuant to 11 U.S.C. §707(a)(3) without further
notice.

☑    [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter
7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of 11 United States Code, understand the relief available
under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter
specified in this petition.

☐    [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided
in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor
requests relief in accordance with the chapter specified in this petition.

Dated:  2/8/2019

Signed   _____
          *(Debtor)                              *(Joint Debtor)
*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

PART II - DECLARATION OF ATTORNEY

I *declare under penalty of perjury* that I have informed the petitioner, if an individual, that [he or she] may proceed
under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such
chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). In a case in which §
707(b)(4)(D) applies, this signature also  constitutes a certification that I have no knowledge after an inquiry that the
information in the schedules is incorrect.

Dated:  2/8/2019

/s/ Ajay Gupta, Esq.
_____
Attorney for Debtor(s)

**CSD 1801**