```
 1  Michael T. O'HALLORAN, CLS-B (#99085)
    LAW OFFICE OF MICHAEL T. O'HALLORAN
 2  110 West A Street, Suite 1100
    San Diego, CA 92101
 3  Telephone: (619) 233-1727
    mto@debtsd.com
 4
    Counsel for DOES 1 THROUGH 22
 5
 6
 7               UNITED STATES BANKRUPTCY COURT
 8               SOUTHERN DISTRICT OF CALIFORNIA

 9  In re                          ) Case No. 19-00271-LT13
                                   )
10      MICHAEL PRATT,             ) RS No. MTO-1
                                   )
11              Debtor.            )
                                   )
12  _____)
                                   )
13      DOES 1 THROUGH 22,         ) DECLARATION OF SERVICE
                                   )
14              Movants,           )
                                   )
15  v.                             )
                                   )
16      MICHAEL PRATT and          )
        THOMAS BILLINGSLEA,        )
17      TRUSTEE,                   )
                                   )
18              Respondents.       )
                                   )
19  _____)

20
21       I, Vanessa Harris, hereby declare that I am over 18 years of
22  age, a resident of the County of San Diego, State of California,
23  and am not a party to the within, DOES 1 through 22 v. Michael
24  Pratt, et al.
25       On February 11, 2019, I served the following persons and/or
26  at the last known addresses in this bankruptcy case by placing
27  accurate copies in a sealed envelope in the United States Mail
28
                                 -1-
```

via first class, postage prepaid, and via electronic mail addressed as follows:

>Ahren A. Tiller
>Bankruptcy Law Center
>1230 Columbia St., Ste. 1100
>San Diego, CA 92101
>atiller@blc-sd.com

>Ajay K. Gupta
>Gupta Evans and Associates, PC
>1620 5th Ave Ste 650
>San Diego, CA 92101-2752
>ajay@guptalc.com

>Thomas H. Billingslea, Jr., Esq.
>401 West A Street, Ste. 1680
>San Diego, CA 92101
>Billingslea@thb.coxatwork.com

all of whom were also listed and served per Amended Local Bankruptcy General Order No. 162 via NEF transmission at the e-mail address(es) indicated.

And via overnight delivery, prepaid to:

>Michael J. Pratt
>10375 Cervaza Baja Drive
>Escondido, CA  92026

the following documents:

1. ORDER SHORTENING TIME FOR HEARING ON MOTION FOR RELIEF FROM STAY.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief and that this declaration is executed on February 11, 2019, at San Diego, California.

/s/Vanessa Harris
Vanessa Harris
Law Office of Michael T. O'Halloran
110 West A Street, Suite 1100
San Diego, CA 92101

-2-

CSD 1159 [9/6/06]

Name, Address, Telephone No. & I.D. No.

Michael T. O'Halloran, CLS-B (#99085)
LAW OFFICE OF MICHAEL T. O'HALLORAN
110 West A Street, Ste. 1100
San Diego, CA 92101
Telephone: (619) 233-1727
mto@debtsd.com   Counsel for Does 1 through 22

Order Entered on
February 11, 2019
by Clerk U.S. Bankruptcy Court
Southern District of California

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re<br><br>MICHAEL PRATT<br><br>Debtor. | BANKRUPTCY NO. 19-00271-LT13 |
|---|---|
| DOES 1 THROUGH 22<br><br>Movant(s) | RS NO. MTO-1 |
| v.<br>MICHAEL PRATT and THOMAS BILLINGSLEA, TRUSTEE<br><br>Respondent(s) | DATE: February 14, 2019<br>TIME: 10:00 a.m.<br>JUDGE: Laura S. Taylor |

## ORDER SHORTENING TIME FOR HEARING ON
MOTION FOR RELIEF FROM STAY

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion/Application Docket Entry No. __21__ .

//

//

//

//

DATED: February 11, 2019

Judge, United States Bankruptcy Court

CSD 1159B

ORDER SHORTENING TIME FOR HEARING ON MOTION FOR RELIEF FROM STAY

DEBTOR: MICHAEL PRATT

CASE NO: 19-00271-LT13
RS NO.: MTO-1

Upon review of the ex parte application for order shortening time for notice of hearing on the MOTION FOR RELIEF FROM STAY,

and for good cause appearing therefore,

**It is ordered** that this Court will conduct a hearing on the Motion, and any opposition, thereto on _____February 14, 2019_____ at __10:00__ a.m. in Department No. __3__, Room __129__ of the United States Bankruptcy Court, Southern District of California, 325 West F Street, San Diego, California 92101-6991.

**It is further ordered** that the Notice of Motion and Motion must be filed and served no later than _____February 11, 2019_____. Service will be deemed complete when delivered

- [X] personally, or
- [X] by electronic method, or
- [X] by first class or overnight mail, or
- [X] as provided for in the application for order shortening time.

**It is further ordered** that all opposition, if any, to the Motion must be filed and served no later than __5:00 p.m. on February 13, 2019 or may be heard at the hearing__.

**It is further ordered** that a reply, if any, to the opposition to the Motion must be filed and served no later than _____replies may be heard at the February 14, 2019 hearing_____.

CSD 1159B

Signed by Judge Laura Stuart Taylor February 11, 2019