Ed Chapin (State Bar No. 53287)
Cara Van Dorn (State Bar No. 321669)
SANFORD HEISLER SHARP, LLP
655 West Broadway, Suite 1700
San Diego, CA 92101
t. 619.577.4253
e. echapin@sanfordheisler.com

John J. O'Brien (State Bar No. 253392)
THE O'BRIEN LAW FIRM, APLC
750 B Street, Suite 1610
San Diego, CA 92101
t. 619.535.5151
e. john@theobrienlawfirm.com

Brian M. Holm (State Bar No. 255691)
HOLM LAW GROUP, PC
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
t. 858.707.5858
e. brian@holmlawgroup.com

Attorneys for Plaintiffs

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re Michael Pratt,<br><br>Debtor. | CASE NO.: 19-00271-LT13<br><br>**DECLARATION OF BRIAN M. HOLM IN SUPPORT OF PLAINTIFFS' BRIEF IN RESPONSE TO THIS COURT'S OSC RE: SANCTIONS FOR IMPROPER REMOVAL AND IMPROPER FILING OF BANKRUPTCY CASE**<br><br>Date: June 10, 2019<br>Time: 10:00am<br>Judge: Hon. Laura S. Taylor |

///

///

///

///

1

DECLARATION OF BRIAN M. HOLM IN SUPPORT OF PLAINTIFFS' BRIEF IN RESPONSE TO OSC RE: SANCTIONS

I, Brian M. Holm, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California. I currently represent Plaintiffs against Michael Pratt and other defendants in San Diego Superior Court Case No. 37-2016-00019027-CU-FR-CTL.

2. Attached hereto as **Exhibit A** are true and correct copies of text messages produced by Valorie Moser on May 8, 2019. Judge Wohlfeil has since issued an order removing the Confidential designation affixed to the documents.

3. On May 6, 2019, I deposed Michael Pratt. During his deposition, Mr. Pratt testified that the Chula Vista lease and the Convertible Note/loan disclosed in his bankruptcy schedules were for a marijuana dispensary he and some others were trying to open in Chula Vista. The transcript for this deposition has not yet been completed.

4. Attached hereto as **Exhibit B** are true and correct copies of emails I received from Aaron Sadock in January 2019.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed this 29th day of May 2019 in County of San Diego, State of California.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Brian M. Holm, Esq.

# Exhibit A

**+16193857882**
Tap here for settings

> U will save insurance, registration, lease, & gas!
> SEP 17, 2018 7:05 PM

yep and brian holm cannot put a lean on it lol
SEP 17, 2018 7:05 PM

> I promised myself I'll get another corvette one day....one day...
> SEP 17, 2018 7:06 PM

yeah plenty of time!

i just wanted to get mine incase i have to leave the USA haha
SEP 17, 2018 7:07 PM

> Hope it doesn't come to that, seems extreme
> SEP 17, 2018 7:07 PM

MOSER 0067
CONFIDENTIAL

**+16193857882**
Tap here for settings

SEP 17, 2018 7:07 PM

> Hope it doesn't come to that, seems extreme
> SEP 17, 2018 7:07 PM

me too

brian holm hates us
SEP 17, 2018 7:07 PM

> Brian holm doesn't matter in the grand scheme of things...this is all temporary.
> SEP 17, 2018 7:08 PM

well they got a big law firm involved

like BIG

national firm
SEP 17, 2018 7:09 PM

MOSER 0068
CONFIDENTIAL

**+16193857882**
Tap here for settings

> Bet they wouldn't support him if they knew how bottom of the barrel he is.
> SEP 17, 2018 7:10 PM

yeah aaron keeps including him in the emails to embarrass brian
SEP 17, 2018 7:11 PM

> Won't take much to discredit his ethics.

> Not sure that people like Brian r capable
> Of feeling shame.
> SEP 17, 2018 7:12 PM

as soon as i bankrupt the business they are fucked

the case gets held
SEP 17, 2018 7:12 PM

MOSER 0069
CONFIDENTIAL



> R u ok?
> SEP 15, 2018 12:35 PM

I mean nothing I can do

They're trying to put some federal human trafficking case on me
SEP 15, 2018 12:36 PM

> You're allowed to react.
>
> Those r serious allegations
> SEP 15, 2018 12:36 PM

yeap

These guys are not all there

They think I have some offshore bank account stashed with money
SEP 15, 2018 12:37 PM

MOSER 0070
CONFIDENTIAL

    

> Most smart businessmen do.

> If u need anything I am here.
> SEP 15, 2018 12:39 PM

i wish i did lol
SEP 15, 2018 12:40 PM

> We r about to go kayaking, do u wanna go? Clear your mind on the water?
> SEP 15, 2018 12:40 PM

in good thanks tho



MOSER 0071
CONFIDENTIAL

  +16193857882
Tap here for settings

honestly anything is better than being in t his lawsuit lol

and brian holm gets NOTHING

thats the good part
SEP 15, 2018 1:56 PM

> I just saw dre and he told me that u told him, "let me deal with the model pickups"
> SEP 15, 2018 2:04 PM

talk to you tuesday
SEP 15, 2018 2:05 PM

> I've served u loyally for over 3.5 years.

> I have never misspoke about u. Actually defended u when necessary.
> SEP 15, 2018 2:43 PM

New Message

MOSER 0072
CONFIDENTIAL

 AT&T    6:11 PM    99%

**+16193857882**
Tap here for settings

> look everyone is getting 2 weeks severance pay
>
> i was going to give u 4
>
> please calm down
>
> leave me to relax and i will talk to you on tuesday
>
> SEP 15, 2018 2:43 PM

> I'm calm just hurt.
> SEP 15, 2018 2:43 PM

> i mean my business i worked for since 17-18 yrs old
>
> is destroyed by a greedy lawyer yeah im hurt too
>
> but im not taking it out on you
>
> a greedy delusional lawyer
> SEP 15, 2018 2:44 PM

New Message

MOSER 0073
CONFIDENTIAL



i mean my business i worked for since 17-18 yrs old

is destroyed by a greedy lawyer yeah im hurt too

but im not taking it out on you

a greedy delusional lawyer

ill tallk to you monday

i left the good employees for as long as possible

shawn brittany and milad are fired

SEP 15, 2018 2:48 PM

flight pushed back to Monday now

SEP 15, 2018 8:59 PM

I heard there's a really bad

MOSER 0074
CONFIDENTIAL



craigslist lawsuit

egc

etc

SEP 13, 2018 4:37 PM

CL is suing too??? Frivolous lawsuits r killing small businesses.

Brian Holmes & lawyers like him r bottom feeders.

SEP 13, 2018 4:39 PM

no

They are removing adds abd blocking our emails

SEP 13, 2018 4:40 PM

MOSER 0075
CONFIDENTIAL

# Exhibit B

**From:** Aaron Sadock asadock@panakoslaw.com
**Subject:** Re: Tentative Rulings
**Date:** January 23, 2019 at 4:21 PM
**To:** Ed Chapin Echapin2@sanfordheisler.com
**Cc:** Daniel A. Kaplan dkaplan@danielkaplanlaw.com, George Rikos george@georgerikoslaw.com, Brian M. Holm brian@holmlawgroup.com, John J. O'Brien john@theobrienlawfirm.com, Cara Van Dorn cvandorn@sanfordheisler.com, Christopher Yandel cyandel@sanfordheisler.com, Fernando Salazar fsalazar@sanfordheisler.com, Bonnie McKnight bmcknight@panakoslaw.com, Ali Byler ali@danielkaplanlaw.com, Anna King aking@panakoslaw.com, Julianne Roth jr@danielkaplanlaw.com

Ed,

As you now know this case is stayed and we do not intend to on violating the stay. Thus, all scheduled depositions our off calendar including but not limited the depositions noticed for this coming Friday.

Based on our reading of the tentative ruling the only issue order to meet and confer on was the scope of the subpoenas which we have already come to terms on. In fact, this motion was left on calendar because Mr. Holm forgot to remove it. Please refer to the communications to confirm if needed. If you disagree, we our happy to meet with you or anyone else at our office so this issue could be resolved if/when the stay is removed. We will be at our office until 6:00pm today if you wanted to stop by.

Sincerely,

Aaron D. Sadock, Esq.
*Managing Attorney*



www.Panakos.law
555 West Beech Street
Suite 500
San Diego, CA 92101
O: (619) 800 - 0529
D: (619) 312 - 4125
Confidentiality & Legal Notice

**Ed Chapin**
*CA Managing Partner,* *bio*

655 West Broadway, Suite 1700, San Diego, CA 92101

**DIRECT**: 619-577-4251 | **MAIN**: 619-577-4253

**Sanford Heisler Sharp, LLP**

**New York**
**Washington, DC**
**San Francisco**
**San Diego**
**Nashville**
**Baltimore**

**DISCLAIMER**: This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

| | | |
|---|---|---|
| **From:** | Aaron Sadock asadock@panakoslaw.com 📎 | |
| **Subject:** | Re: Bankruptcy Petition #: 19-00271-LT13 | |
| **Date:** | January 28, 2019 at 8:38 AM | |
| **To:** | Ed Chapin Echapin2@sanfordheisler.com, Brian Holm brian@holmlawgroup.com, John J. O'Brien john@theobrienlawfirm.com | |
| **Cc:** | Cara Van Dorn cvandorn@sanfordheisler.com, Carrie Goldberg carrie@cagoldberglaw.com, Christopher Yandel cyandel@sanfordheisler.com, Fernando Salazar fsalazar@sanfordheisler.com, Daniel A. Kaplan dkaplan@danielkaplanlaw.com, Ali Byler ali@danielkaplanlaw.com, Bonnie McKnight bmcknight@panakoslaw.com, George Rikos george@georgerikoslaw.com, Anna King aking@panakoslaw.com, Julianne Roth jr@danielkaplanlaw.com | |

Counsel,

As you know, we represent the Debtor, Michael J. Pratt, in the above-referenced Chapter 13 case. This case was commenced by the filing of a Voluntary Petition for relief under Title 11 of the United States Code on January 23, 2019, and an Order for Relief was entered at that time. The Notice of Automatic Stay explains actions which are prohibited by the automatic stay of 11 U.S.C. §362. Pursuant to this notice, we demand that you immediately cease all efforts to prosecute any court action against the Debtor. This includes any acts to obtain discovery from the Debtor and any agents of the Debtor and to proceed in any fashion in the prosecution of San Diego Superior Court Lead Case No. 37-2016-00019027-CU-FR-CTL, and Consolidated Case Nos. 37-2017-00033321-CU-FR-CTL and 37-2017-00043712-CU-FR-CTL. to the extent those acts affect the Debtor, or to enforce any judgment obtained against the Debtor.

Be advised that the Bankruptcy Court has the power to award compensatory as well as punitive damages for willful violations of the automatic stay of 11 U.S.C. §362. See, In re Bloom, 875 F.2d 224 (9th Cir. 1989). Please note that such acts will be considered willful if you merely intended to perform to act. If the act violates the stay, the fact that you did not intend to violate the stay is not a defense.

If you or any of your agents take any acts in violation of the automatic stay, the Debtor will file a motion in the Bankruptcy Court for compensatory and punitive damages for willful violation of the automatic stay.

Sincerely,

Aaron D. Sadock, Esq.
*Managing Attorney*



[www.Panakos.law](http://www.Panakos.law)
555 West Beech Street
Suite 500
San Diego, CA 92101
O: (619) 800 - 0529
D: (619) 312 - 4125
[Confidentiality & Legal Notice](#)



19-0128_autostay.pdf